JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HARRELL,<br><br>               Plaintiff,<br><br>v.<br><br>CHIVA COCO RESTAURANTE, et al.,<br><br>               Defendant. | 5:24-cv-00938-SSS-SHKx<br><br>**JUDGMENT**<br><br>Complaint Filed: May 3, 2024<br>Trial Date:        None |

After full consideration of the pleadings and papers on file in this case and the evidence on record, **IT IS HEREBY ORDERED** that:

Plaintiff Cameron Harrell shall recover from Defendant, Chiva Coco Restaurant, attorney's fees of $1,507.50 and costs of $485.85, for a total of $1,992.50.

DATED: December 17, 2024      _____
                                            SUNSHINE S. SYKES
                                            United States District Judge